UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
UNITED STATES OF AMERICA,

-against-

WILLIAM GRANT,

                Defendant.

------------------------------------- x

ORDER

14 Cr. 599 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's motion for early termination of his supervised release (ECF No. 34) is denied without prejudice to renew after 24 months of supervision.

Dated: November 20, 2019
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge